Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Hosam M Zakaria<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–3928 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Lenka Zakaria<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9564 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Virginia | Date case filed for chapter: | 7 8/20/26 |
| Case number: | 26–12018–BFK | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Hosam M Zakaria | Lenka Zakaria |
| 2. | **All other names used in the last 8 years** | aka Sam Zakaria | aka Lenka Novotna |
| 3. | **Address** | 13602 Haverford Ct<br>Chantilly, VA 20151 | 13602 Haverford Ct<br>Chantilly, VA 20151 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel M. Press<br>Law Office of Daniel M. Press<br>201 Washington St<br>Cumberland, MD 21502 | Contact phone 703–725–7600<br>Email: dan@danpress.us |
| 5. | **Bankruptcy trustee**<br>Name and address | Lauren Friend McKelvey<br>Spencer Fane LLP<br>1233 20th St NW<br>Suite 600<br>Washington, DC 20036 | Contact phone 202–207–1185<br>Email: wdctrustee@spencerfane.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Charri S Stewart<br><br>Date: August 21, 2026 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 24, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 535 852 2867, and Passcode 8330439029, or call 1(703) 459 9273** |
| | For additional meeting information go to: www.justice.gov/ust/moc | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: November 23, 2026** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-12018-BFK
Hosam M Zakaria Chapter 7
Lenka Zakaria
Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Admin Page 1 of 3
Date Rcvd: Aug 22, 2026 Form ID: 309A Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hosam M Zakaria, Lenka Zakaria, 13602 Haverford Ct, Chantilly, VA 20151-3354 |
| 17148314 | + | 1st Source Advisors LLC, 70 Birch Alley Ste 240, Dayton, OH 45440-1477 |
| 17148320 | + | CC Bank, Netcredit, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 17148327 | + | Law Office of Isaac Greenfield PLLC, 6 Stone St., 3rd Floor, New York, NJ 10004-2390 |
| 17148334 | + | Orange Advance LLC, 395 Brentwood Ave, Toms River, NJ 08755-2004 |
| 17148335 | + | Prosperum Capital Partners LLC, 15 West 36th Street, 11th Floor, New York, NY 10018-7910 |
| 17148336 | + | Shnaider Law PLLC, 1441 Broadway, 5th Fl., New York, NY 10018-1879 |
| 17148341 | + | The Avanza Group LLC, 40 Wall Street, 28th Floor, New York, NY 10005-1486 |
| 17148342 | #+ | Thomas & Thomas, 2323 Park Ave, Cincinnati, OH 45206-2788 |
| 17148343 | | Thomas Novotny, Haanova 2599/42, 85104 Bratislava, SLOVAKIA, |
| 17148350 | + | Yana Chechelnitsky Esq, 61-43 186th St., Ste 450, Fresh Meadows, NY 11365-2710 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dan@danpress.us | Aug 22 2026 06:06:00 | Daniel M. Press, Law Office of Daniel M. Press, 201 Washington St, Cumberland, MD 21502 |
| tr | + | EDI: FLFMCKELVEY | Aug 22 2026 09:53:00 | Lauren Friend McKelvey, Spencer Fane LLP, 1233 20th St NW, Suite 600, Washington, DC 20036-2375 |
| 17148315 | + | Email/PDF: bncnotices@becket-lee.com | Aug 22 2026 06:11:42 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 17148316 | + | Email/PDF: bncnotices@becket-lee.com | Aug 22 2026 06:11:41 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 17148317 | + | EDI: PHINGENESIS | Aug 22 2026 09:53:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 17148319 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 22 2026 06:07:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160 |
| 17148318 | + | EDI: CAPITALONE.COM | Aug 22 2026 09:53:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17148321 | + | EDI: JPMORGANCHASE | Aug 22 2026 09:53:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 17148322 | + | EDI: CITICORP | Aug 22 2026 09:53:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 17148323 | + | EDI: WFNNB.COM | Aug 22 2026 09:53:00 | Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 17148324 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2026 06:11:41 | Credit One Bank, P.O. Box 98875, Las Vegas, NV |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8875 |
| 17148325 | + | Email/Text: bankruptcy.handling@bankeasy.com | Aug 22 2026 06:08:00 | FB&T, 2220 6TH ST, Brookings, SD 57006-2403 |
| 17148326 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 22 2026 06:07:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 17148328 | + | Email/Text: BK@lentegrity.com | Aug 22 2026 06:08:00 | Lentegrity, 27442 Portola Parkway, Suite 250, Foothill Ranch, CA 92610-2830 |
| 17148329 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 22 2026 06:07:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 17148330 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2026 06:08:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17148331 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2026 06:08:00 | Midland Credit Mgt., 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 17148332 | + | EDI: NFCU.COM | Aug 22 2026 09:53:00 | Navy Federal, PO Box 3700, Merrifield, VA 22119-3700 |
| 17148337 | + | EDI: SYNC | Aug 22 2026 09:53:00 | Synchrony Bank, PO Box 71746, Philadelphia, PA 19176-1746 |
| 17148339 | + | EDI: TDBANKNORTH.COM | Aug 22 2026 09:53:00 | TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 17148340 | + | EDI: WTRRNBANK.COM | Aug 22 2026 09:53:00 | TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 17148338 | + | EDI: TDBANKNORTH.COM | Aug 22 2026 09:53:00 | TD Bank, PO Box 71466, Philadelphia, PA 19176-1466 |
| 17148346 | | EDI: USBANKARS.COM | Aug 22 2026 09:53:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 17148347 | | EDI: USBANKARS.COM | Aug 22 2026 09:53:00 | US Bank, PO Box 6335, Fargo, ND 58125-6225 |
| 17148344 | + | Email/Text: BAN5620@UCBINC.COM | Aug 22 2026 06:07:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 17148345 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 22 2026 06:08:00 | Upstart/DRB, 2 CIRCLE STAR WAY, San Carlos, CA 94070-6200 |
| 17148348 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 22 2026 06:07:00 | Webbank, PO BOX 105555, Atlanta, GA 30348-5555 |
| 17148349 | + | EDI: WFFC2 | Aug 22 2026 09:53:00 | Wells Fargo, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17148333 | | New Mexico Taxation & Revenue |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Hosam M Zakaria dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Joint Debtor Lenka Zakaria dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Lauren Friend McKelvey | wdctrustee@spencerfane.com jyoung@spencerfane.com;alanderson@spencerfane.com;lfm@trustesolutions.net;bcollins@spencerfane.com;lmckelvey@spencerfane.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 4