# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** **Hosam M Zakaria**
**Lenka Zakaria**

**Case Number: 26−12018−BFK** **Date Filed: August 20, 2026**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is ***www.vaeb.uscourts.gov*** and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: August 21, 2026
[VAN062vJul2025.jsp]

Charri S Stewart
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 26-12018-BFK
Hosam M Zakaria Chapter 7
Lenka Zakaria
Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Admin Page 1 of 3
Date Rcvd: Aug 22, 2026 Form ID: VAN062 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hosam M Zakaria, Lenka Zakaria, 13602 Haverford Ct, Chantilly, VA 20151-3354 |
| 17148314 | + | 1st Source Advisors LLC, 70 Birch Alley Ste 240, Dayton, OH 45440-1477 |
| 17148320 | + | CC Bank, Netcredit, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 17148327 | + | Law Office of Isaac Greenfield PLLC, 6 Stone St., 3rd Floor, New York, NJ 10004-2390 |
| 17148334 | + | Orange Advance LLC, 395 Brentwood Ave, Toms River, NJ 08755-2004 |
| 17148335 | + | Prosperum Capital Partners LLC, 15 West 36th Street, 11th Floor, New York, NY 10018-7910 |
| 17148336 | + | Shnaider Law PLLC, 1441 Broadway, 5th Fl., New York, NY 10018-1879 |
| 17148341 | + | The Avanza Group LLC, 40 Wall Street, 28th Floor, New York, NY 10005-1486 |
| 17148342 | #+ | Thomas & Thomas, 2323 Park Ave, Cincinnati, OH 45206-2788 |
| 17148343 | | Thomas Novotny, Haanova 2599/42, 85104 Bratislava, SLOVAKIA, |
| 17148350 | + | Yana Chechelnitsky Esq, 61-43 186th St., Ste 450, Fresh Meadows, NY 11365-2710 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17148315 | + | Email/PDF: bncnotices@becket-lee.com | Aug 22 2026 06:11:41 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 17148316 | + | Email/PDF: bncnotices@becket-lee.com | Aug 22 2026 06:11:48 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 17148317 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 22 2026 06:08:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 17148319 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 22 2026 06:07:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160 |
| 17148318 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2026 06:11:42 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17148321 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2026 06:11:46 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 17148322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2026 06:11:57 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 17148323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2026 06:08:00 | Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 17148324 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2026 06:11:47 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 17148325 | + | Email/Text: bankruptcy.handling@bankeasy.com | Aug 22 2026 06:08:00 | FB&T, 2220 6TH ST, Brookings, SD 57006-2403 |
| 17148326 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 22 2026 06:07:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |

| | | | | |
|---|---|---|---|---|
| 17148328 | + | Email/Text: BK@lentegrity.com | Aug 22 2026 06:08:00 | Lentegrity, 27442 Portola Parkway, Suite 250, Foothill Ranch, CA 92610-2830 |
| 17148329 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 22 2026 06:07:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 17148330 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2026 06:08:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17148331 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2026 06:08:00 | Midland Credit Mgt., 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 17148332 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 22 2026 06:08:00 | Navy Federal, PO Box 3700, Merrifield, VA 22119-3700 |
| 17148337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2026 06:11:40 | Synchrony Bank, PO Box 71746, Philadelphia, PA 19176-1746 |
| 17148339 | + | Email/Text: bankruptcy@td.com | Aug 22 2026 06:08:00 | TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 17148340 | + | Email/Text: bncmail@w-legal.com | Aug 22 2026 06:07:00 | TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 17148338 | + | Email/Text: bankruptcy@td.com | Aug 22 2026 06:08:00 | TD Bank, PO Box 71466, Philadelphia, PA 19176-1466 |
| 17148346 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 22 2026 06:08:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 17148347 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 22 2026 06:08:00 | US Bank, PO Box 6335, Fargo, ND 58125-6225 |
| 17148344 | + | Email/Text: BAN5620@UCBINC.COM | Aug 22 2026 06:07:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 17148345 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 22 2026 06:08:00 | Upstart/DRB, 2 CIRCLE STAR WAY, San Carlos, CA 94070-6200 |
| 17148348 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 22 2026 06:07:00 | Webbank, PO BOX 105555, Atlanta, GA 30348-5555 |
| 17148349 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 22 2026 06:11:48 | Wells Fargo, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17148333 | | New Mexico Taxation & Revenue |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Hosam M Zakaria dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Joint Debtor Lenka Zakaria dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Lauren Friend McKelvey | wdctrustee@spencerfane.com jyoung@spencerfane.com;alanderson@spencerfane.com;lfm@trustesolutions.net;bcollins@spencerfane.com;lmckelvey@spencerfane.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 4