Certificate Number: 06531-VAE-DE-041385858

Bankruptcy Case Number: 26-12018

06531-VAE-DE-041385858

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2026, at 3:08 o'clock PM CDT, Hosam Zakaria completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 30, 2026

By: /s/Jacqueline Gonzalez Guillen

Name: Jacqueline Gonzalez Guillen

Title: Credit Counselor